# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 611 MAL 2014
:
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
KENNETH EMIL MEYERS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.